IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWENETTA SMITH, )<br>Individually as surviving daughter )<br>of Margaret V. Guthrie, deceased; )<br>and GWENETTA SMITH, as )<br>Administrator of the Estate of )<br>Margaret V. Guthrie, )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>KV PHARMACEUTICAL )<br>COMPANY and ETHEX )<br>CORPORATION<br><br>      Defendants. | CIVIL No.<br>1:09-cv-1020 |

## DISMISSAL WITH PREJUDICE

The Plaintiff, acting through counsel, hereby stipulates and agrees that this action is DISMISSED WITH PREJUDICE.

Respectfully submitted this 1st day of June, 2010.

/s/ C. Andrew Childers
C. Andrew Childers
CHILDERS, SCHLUETER & SMITH LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, GA 30319
Telephone: (404) 419-9500
Facsimile: (404) 419-9501

/s/ Robert O. Bozeman
Robert O. Bozeman
DAVIS BOZEMAN LAW FIRM, P.C.
4153B Flat Shoals Parkway, Suite 204
Decatur, GA 30034
Telephone: (404) 244-2004
Facsimile: (404) 244-2020

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of June, 2010, a true and correct copy of the foregoing document was served electronically via the ECF filing system on the following counsel for Defendants:

Margaret D. Hall
Stacy Jordan Rodriguez
SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney Ave.
Suite 1900
Dallas, Texas 75201
(214) 259-0900
(214) 259-0910 (fax)
Email: pdhall@sonnenschein.com
Email: sjrodriguez@sonnenschein.com

/s/ C. Andrew Childers
C. Andrew Childers